1  Bruce B. Brunda (SBN 108,898)
2  STETINA BRUNDA GARRED & BRUCKER
   75 Enterprise, Suite 250
3  Aliso Viejo, CA 92656
   Email: litigate@stetinalaw.com
4  Tel: (949) 855-1246
5  Fax: (949) 855-6371

6  Attorney for Plaintiff
   METROTILE MANUFACTURING d/b/a
7  METRO ROOF PRODUCT

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  METROTILE MANUFACTURING, a          Case No.
    California general partnership d/b/a
14  METRO ROOF PRODUCTS,                **COMPLAINT FOR PATENT
                                        INFRINGEMENT OF U.S.
15                                      PATENT NOS:**
            Plaintiff
16                                         1.   **D526,727; AND**
                                           2.   **D527,835**
17  vs.

18  METSTAR USA, INC, a Delaware        **DEMAND FOR JURY TRIAL**
    Corporation; METSTAR BUILDING
19  PRODUCTS, INC., a Canadian corporation,
    and VINCE GUERRA, Individual, and
20  DOES 1-10, inclusive

21
22          Defendants
23

24                      **COMPLAINT**

25          Plaintiff, Metrotile Manufacturing d/b/a Metro Roof Products for its Complaint

26  against Metstar USA, Inc, and Vince Guerra, states and alleges as follows:

27

28

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 926656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## PARTIES

1.      Plaintiff, Metrotile Manufacturing d/b/a Metro Roof Products (hereinafter "Metrotile" or "Plaintiff") is a general partnership organized and existing under the laws of the State of California, and having a principal place of business at 3093 "A" Industry Street, Oceanside, California 92054. The partners of Metrotile include Structure Solutions, LLP, a California limited liability partnership, and Probuild Capital Group LLC, a California limited liability corporation.

2.      Upon information and belief Defendant Metstar USA, Inc. (hereinafter "Metstar USA"), is a Delaware corporation having a place of business at 300 International Drive, Suite 100, Buffalo, New York 14221.

3.      Upon information and belief Defendant Metstar Building Products, Inc. (hereinafter "Metstar Canada"), is a Canadian corporation having a place of business at 340 Main Street East, Hamilton, Ontario Canada L8N1J1.

4.      Upon information and belief, Defendant Vince Guerra (hereinafter "Guerra") is a Canadian citizen, residing in the Province of Ontario Canada.

5.      Upon information and belief, Guerra is the primary owner of Metstar USA.

6.      Upon information and belief, Guerra is the principal officer of Metstar USA.

7.      Upon information and belief, Guerra directs and controls the operations of Metstar USA.

8.      Upon information and belief, Guerra is the primary owner of Metstar Canada.

9.      Upon information and belief, Guerra is the principal officer of Metstar Canada.

10.     Upon information and belief, Guerra directs and controls the operations of Metstar Canada.

11.     The true names and capacities of the Defendants named herein as DOES

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS:

1 through 10, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sues said Defendants by said fictitious names.  Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible for the events and happenings hereinafter alleged and legally caused injury and damages proximately thereby to Plaintiff as herein alleged.  Plaintiff will seek leave to amend the Complaint when the true names and capacities of said DOE Defendants have been ascertained.  Metstar USA, Metstar Canada, Guerra and DOES 1 through 10 are hereinafter collectively referred to as "Defendants or Metstar Group."

## BACKGROUND OF THE CONTROVERSY

1. Plaintiff is the owner of United States Design Patent Nos. D526,727 and D527,835 has the right to sue for infringement of United States Letters.  Copies of such patents are attached hereto as Exhibits 1-2, respectively.

2. Upon information and belief, Defendants have been making, selling, importing and/or offering for sale the products identified as "Davinci FV", and "Tile FR".    A    copy    of    Metstar    Group's    webpage    (www.metstar.com) advertisement/brochure illustrating Defendants' products (hereinafter "the Accused Products") is attached hereto as Exhibit 3.  The Accused Products infringe Plaintiff's Patent Nos. D526,727 and D527,835.

3. Upon information and belief, Metstar Canada promotes, markets, imports, and sells metal roofing products in the United States.

4. Upon information and belief, Metstar USA promotes, markets, imports, and sells metal roofing products, including the Accused Products, in the United States.

5. Upon information and belief, Metstar Canada imports metal roofing products, including the Accused Products, into the United States, through a shipping terminal located in this district, for sale in the United States, including this judicial district.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

6.     Upon information and belief, Metstar USA imports metal roofing products, including the Accused Products, into the United States, through a shipping terminal located in this district, for sale in the United States, including this judicial district.

7.     Upon information and belief, Defendants Metstar USA and Metstar Canada promote metal roofing products, including the Accused Products at tradeshows, including the International Roofing Expo in New Orleans, currently being held on February 24, 2015 – February 26, 2015.

8.     Upon information and belief, Defendants Metstar USA and Metstar Canada market, and has offered to sell metal roofing products, including the Accused Products, to customers within the state of California and within this judicial District.

9.     Upon information and belief Defendant Guerra, in cooperation with Metstar USA andor Metstar Canada, operates the following the domain names www.metstar.com and www.metalbythebundle.com (hereinafter "the Websites").

10.     Upon information and belief, each of the Defendants participated in and is in some manner responsible for the acts described in this Complaint and the damage resulting therefrom.

11.     Upon information and belief, Defendants have acted in concert and participation with each other concerning each of the claims in this Complaint.

12.     Upon information and belief, Defendants' concerted actions and participation concerning these claims constitutes a conspiracy to unfairly compete with Metrotile and to violate Metrotile's rights as alleged herein.

13.     Metrotile is informed and believes, and on that basis alleges, that each of the Defendants were empowered to act as the agent, servant and/or employees of each of the other Defendants, and that all the acts alleged to have been done by each of them were authorized, approved and/or ratified by each of the other Defendants.

## JURISDICTION AND VENUE

14.     This action, as hereinafter more fully appears, arises under the patent

laws of the United States of America (35 U.S.C. §§1 *et seq.*), and is for patent infringement.  Jurisdiction for all counts is based upon 28 U.S.C. §§1331, 1338(a) and (b).

15.    Venue is proper under 28 U.S.C. §§1391(b) and (c) as Defendants have committed acts of infringement in this judicial district. With respect to Defendants Metstar Canada and Guerra, venue is also proper under 28 U.S.C. §1391(d), as Defendants Metstar Canada and Guerra are aliens.

## FIRST CLAIM FOR RELIEF

### (Patent Infringement of U.S. Design Patent No. D526,727)

16.    Plaintiff realleges and repeats the allegations of paragraphs 1-10 above.

17.    Plaintiff is the owner of all right, title and interest in and to United States Design Patent No. D526,727 entitled "Metal Roof Tile" (hereinafter "the '727 patent").  A true and correct copy of the '727 patent is attached hereto as Exhibit 1. The '727 patent was duly and lawfully issued on August 15, 2006 and is presently valid and in full effect.

18.    Upon information and belief, Defendants have been and are infringement the '727 patent within the United States and within this district by importing, distributing, selling, and/or offering for sale products, including products identified as DaVinci FV that infringe the '727 patent.

19.    Upon information and belief, Defendants are indirectly infringing the '727 patent within the United States and within this by importing, distributing, selling and/or offering for sale in the United States materials and/or apparatus, the use of which infringes the invention set forth in the '727 patent. Upon information and belief, these materials and/or apparatus have no substantial non-infringement use in commerce.

20.    Upon information and belief, Defendants are inducing infringement of the '727 patent within the United States and within this district by instructing in the use of materials and/or apparatus that infringe one or more of the claims of the '727

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 926356
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

patent.

21.    Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

22.    By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment, but which cannot be quantified at this time.

23.    Upon information and belief, Defendants continue to infringe Plaintiff's '727 patent, and will continue to infringe Plaintiff's '727 patent, and will continue to infringe Plaintiff's '727 patent to Plaintiff's irreparable harm, unless enjoined by this Court.

24.    Any continuing infringement of the '727 patent by Defendants after receiving notice of the '727 patent will be willful, entitling Plaintiff to enhanced damages.

## SECOND CLAIM FOR RELIEF

### (Patent Infringement of U.S. Design Patent No. D527,835)

25.    Plaintiff realleges and repeats the allegations of paragraphs 1-19 herein.

26.    Plaintiff is the exclusive licensee with the right to sue for infringement of United States Patent Design No. D527,835 entitled "Metal Roof Tile" (hereinafter "the '835 patent").  A true and correct copy of the '835 patent is attached hereto as Exhibit 2.  The '835 patent was duly and lawfully issued on September 5, 2006, and is presently valid and in full effect.

27.    Upon information and belief, Defendants have been and are infringing the '835 patent within the United States and  within this district by importing, distributing, selling, and/or offering for sale products, including products identified as Tile FR that infringe the '835 patent.

28.    Upon information and belief, Defendants are indirectly infringing the '835 patent within this district and elsewhere in the United States by importing, distributing, selling and/or offering for sale in the United States materials and/or

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

apparatus, the use of which infringes the invention set forth in the '835 patent. Upon information and belief, these materials and/or apparatus have no substantial non-infringing use in commerce.

29.     Upon information and belief, Defendants are inducing infringement of the '835 patent within the United States and within this district by instructing in the use of materials and/or apparatus that infringe one or more of the claims of the '835 patent.

30.     Upon information and belief, by the acts of patent infringement herein complained of, the Defendants have made substantial profits to which they are not equitably entitled.

31.     By reason of the aforementioned acts of the Defendants, the Plaintiff has suffered great detriment, but which cannot be quantified at this time.

32.     Upon information and belief, Defendants continue to infringe Plaintiff's '835 patent, and will continue to infringe Plaintiff's '835 patent to Plaintiff's irreparable harm, unless enjoined by this Court.

33.     Any continuing infringement of the '835 patent by Defendants after receiving notice of the '835 patent will be willful, entitling Plaintiff to enhanced damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

A.     A judgment that Defendants have infringed, indirectly infringed, and/or induced infringement of the patents in suit.

B.     A judgment that Defendants' infringement of the patents in suit has been willful.

C.     A preliminary and permanent injunction, pursuant to 35 U.S.C. §283, enjoining Defendants, and all persons in active concert or participation with them, from any further acts of direct infringement, indirect infringement or inducement of infringement of the patents in suit.

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 926656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

D.      An order, pursuant to 35 U.S.C. §284, awarding Plaintiff damages adequate to compensate Plaintiff for Defendants' infringement of the patents in suit, in an amount to be determined at trial, but in no event less than a reasonable royalty.

E.      An order, pursuant to 35 U.S.C. §284, trebling all damages awarded to Plaintiff based on Defendants' willful infringement of the patents-in-suit.

F.      An order, pursuant to 35 U.S.C. §285, finding that this is an exceptional case and awarding to Plaintiff its reasonable attorneys' fees incurred in this action.

G.      That Plaintiff have such other and further relief that the court may deem just and proper.


Dated:  February 24, 2015              STETINA BRUNDA GARRED & BRUCKER



                                       By: /s/Bruce B. Brunda
                                           Bruce B. Brunda
                                           Attorneys for Plaintiff
                                           METROTILE MANUFACTURING d/b/a
                                           METRO ROOF PRODUCTS

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

## **DEMAND FOR JURY TRIAL**

Plaintiff, Metrotile Manufacturing d/b/a Metro Roof Products hereby demands a jury trial in this action.

Dated:  February 24, 2015                STETINA BRUNDA GARRED & BRUCKER


                                         By: /s/Bruce B. Brunda
                                             Bruce B. Brunda
                                             Attorneys for Plaintiff
                                             METROTILE MANUFACTURING d/b/a
                                             METRO ROOF PRODUCTS

T:\Client Documents\MROOF\026L\complaint-patent infringement.doc

STETINA BRUNDA GARRED & BRUCKER
75 ENTERPRISE, SUITE 250
ALISO VIEJO, CALIFORNIA 92656
PHONE: (949) 855-1246; FACSIMILE: (949) 855-6371

Case No.                                    9
COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS: