# EXHIBIT 3

# Stone Coated Metal Roof Panels

Metstar F-Series

| Tile FR | Shake FW | Slate FD | DaVinci FV | Tile 2 FZ |





**F-Series METSTAR®**

Exhibit 3 Page 1 of 8



# Tile FR Red

## Tile FR
### Spec

- Overall Length — 1340 mm — 52 3/4"
- Length of Cover — 1280 mm — 50 3/8"
- Width of Cover — 370 mm — 14 9/16"
- Upstand Backshelf — 25 mm — 1"
- Panel Cover — .473 m2 — 5.1 sq.ft.
- Panels — 2.1 / m2 — 19.6 / SQ
- Weight per Panel — 2.7 kg — 5.9 lbs.



1280mm, 50 3/8" Cover
370mm, 14 9/16"



Red 2090   Brown 2031   Charcoal 2080

Metstar www.metstar.com Toll Free 866-921-7122



Exhibit 3 Page 2 of 8



# Shake FW Brown



## Shake FW Spec



System 1 — Batten Strapping

OR

System 2 — Built-in Batten

| | | |
|---|---|---|
| •Overall Length | 1340 mm | 52 3/4" |
| •Length of Cover | 1280 mm | 50 3/8" |
| •Width of Cover | 370 mm | 14 9/16" |
| •Upstand Backshelf | 25 mm | 1" |
| •Panel Cover | .473 m2 | 5.1 sq.ft. |
| •Panels | 2.1 / m2 | 19.6 / SQ |
| •Weight per Panel | 2.7 kg | 5.9 lbs. |



1280mm, 50 3/8"   Cover
370mm, 14 9/16"





Brown 2031        Charcoal 2080        Teak 2040

Metstar www.metstar.com Toll Free 866-921-7122

Exhibit 3 Page 3 of 8



# Slate FD Sand

## Slate FD
### Spec

- Overall Length    1340 mm    52 3/4"
- Length of Cover    1280 mm    50 3/8"
- Width of Cover    370 mm    14 9/16"
- Upstand Backshelf    25 mm    1"
- Panel Cover    .473 m2    5.1 sq.ft.
- Panels    2.1 / m2    19.6 / SQ
- Weight per Panel    2.7 kg    5.9 lbs.



System 1 — Batten Strapping

OR

System 2 — Built-in Batten



1280mm, 50 3/8"   Cover
370mm, 14 9/16"



Charcoal/ Grey     Sienna 30SE     Sand



Metstar www.metstar.com Toll Free 866-921-7122



Exhibit 3 Page 4 of 8



# DaVinci FV Tuscany



## DaVinci FV Spec

- Overall Length — 1285 mm — 50 5/8"
- Length of Cover — 1215 mm — 47 7/8"
- Width of Cover — 365 mm — 14 3/8"
- Upstand Backshelf — 25 mm — 1"
- Panel Cover — .443 m2 — 4.8 sq.ft.
- Panels — 2.25 / m2 — 21 / SQ
- Weight per Panel — 2.7 kg — 5.9 lbs.

System 2 — Built-in Batten



1285mm, 50 5/8"   Cover
365mm, 14 3/8"





Tuscany 30TS     Sienna 30SE     Brick 0321

Metstar www.metstar.com Toll Free 866-921-7122

Exhibit 3 Page 5 of 8



# Tile 2 FZ Green

# Tile 2 FZ
## Spec

- Overall Length     1340 mm     52 3/4"
- Length of Cover     1280 mm     50 3/8"
- Width of Cover     370 mm     14 9/16"
- Upstand Backshelf     25 mm     1"
- Panel Cover     .473 m2     5.1 sq.ft.
- Panels     2.1 / m2     19.6 / SQ
- Weight per Panel     2.7 kg     5.9 lbs.



1280mm, 50 3/8"  Cover  370mm, 14 9/16"



Blue 2070     Green 2011     Brown 2031





Metstar www.metstar.com Toll Free 866-921-7122

Exhibit 3 Page 6 of 8



Exhibit 3 Page 7 of 8



Exhibit 3 Page 8 of 8